# EXHIBIT A

D.C. Courts Home

## Court Cases Online

Click here to view search criteria

Case Search for Person: HUFFMAN, AMANDA

Search retrieved 1 case in less than a second.

Click here to view search results

Selected 1 cases to view

Viewing single case; Details retrieved in less than a second.

Click here to view case summary

| 2015 CA 002081 B: HUFFMAN, AMANDA Vs. GENERAL NUTRITION CORPORATION, et al. | |
|---|---|
| Case Type: Civil II | File Date: 03/26/2015 |
| Status: Open | Status Date: 03/26/2015 |
| Disposition: Undisposed | Disposition Date: |

| Party Name | Party Alias(es) | Party Type | Attorney(s) |
|---|---|---|---|
| HUFFMAN, AMANDA | | PLAINTIFF | NACE, JONATHAN B NIDEL, CHRISTOPHER |
| GENERAL NUTRITION CORPORATION | | Defendant | |
| GNC PARENT, LLC | | Defendant | |

| Schedule Date | Schedule Time | Description |
|---|---|---|
| 06/05/2015 | 09:30 AM | Initial Scheduling Conference-60 |

| Docket Date | Description | Messages |
|---|---|---|
| 03/26/2015 | Service Issued | Issue Date: 03/26/2015<br>Service: Summons Issued<br>Method: Service Issued<br>Cost Per: $<br><br>GENERAL NUTRITION CORPORATION<br>300 6th Avenue<br>PITTSBURGH, PA 15222<br>Tracking No: 5000157366<br><br>GNC PARENT, LLC<br>300 6TH AVENUE<br>PITTSBURGH, PA 15222<br>Tracking No: 5000157367 |
| 03/26/2015 | Event Scheduled | Event Scheduled<br>Event: Initial Scheduling Conference-60<br>Date: 06/05/2015 Time: 9:30 am<br>Judge: CAMPBELL, JOHN M Location: Courtroom 519 |
| 03/26/2015 | Complaint for Product Liability Filed | Complaint for Product Liability Filed<br>Attorney: NACE, JONATHAN B (985718)<br>AMANDA HUFFMAN (PLAINTIFF); Receipt: 305865 Date: 03/26/2015 |

| Receipt # | Date | From | Payments | | Fee | | Amount Paid |
|---|---|---|---|---|---|---|---|
| 305865 | 03/26/2015 | NACE, JONATHAN B | Check | $120.00 | Cost | $120.00 | $120.00 |



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

AMANDA HUFFMAN

Vs.                                                    C.A. No.        2015 CA 002081 B

GENERAL NUTRITION CORPORATION

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to:  Judge JOHN M CAMPBELL
Date:  March 26, 2015
Initial Conference: 9:30 am, Friday, June 05, 2015
Location:   Courtroom 519
            500 Indiana Avenue N.W.
            WASHINGTON, DC  20001

Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement.  The early mediation schedule shall be included in the Scheduling Order following the ISSC.  Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator.  Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/.  To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC.  Two separate Early Mediation Forms are available.  Both forms may be obtained at www.dccourts.gov/medmalmediation.  One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator.  Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W.  Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov.  *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles.  All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a).  If the parties cannot agree on a mediator, the Court will appoint one.  D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826.  Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office.  The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc



**Superior Court of the District of Columbia**
CIVIL DIVISION
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

AMANDA HUFFMAN
_____
Plaintiff

vs.

Case Number 15 - 0 0 0 2 0 8 1

GNC PARENT, LLC
_____
Defendant

### SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Jonathan B. Nace
_____
Name of Plaintiff's Attorney

1615 New Hampshire Ave., Suite 300
_____
Address
Washington, DC 20009

202-463-1999
_____
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date    MAR 26 2015

如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요          ያስማርኮ ትርጉም ስማግኘት ለማየት (202) 879-4828 ይደውሉ·

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español




**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Teléfono: (202) 879-1133**

|  |
|---|
| Demandante |

contra

Número de Caso: _____

|  |
|---|
| Demandado |

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____
Nombre del abogado del Demandante

_____
Dirección

_____
Teléfono

*SECRETARIO DEL TRIBUNAL*

Por: _____
           Subsecretario

Fecha _____

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화하십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea converser con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc

## IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### Civil Division

AMANDA HUFFMAN :
Individually and on Behalf of the General :
Public :
1532 15th Street NW, Apt. 3 :
Washington, DC 20005 :       Case No.:
:       Judge:
          Plaintiff, :
:
v. :
:
GENERAL NUTRITION CORPORATION :       **JURY TRIAL DEMANDED**
300 6th Avenue :
Pittsburg, PA 15222 :
:
- AND – :
:
GNC PARENT, LLC :
300 6th Avenue :
Pittsburg, PA 15222 :
:
          Defendants. :

RECEIVED
Civil Clerk's Office
MAR 2 6 2015
Superior Court
of the District of Columbia
Washington, D.C.

15 - 0 0 0 2 0 8 1

### PRIVATE ATTORNEY GENERAL COMPLAINT

*COMES NOW* Plaintiff Amanda Huffman, Individually and on Behalf of the General

Public, by and through undersigned counsel, and pursuant to DC Code § 28-3905 makes this

Complaint against Defendants General Nutrition Corporation and GNC Parent, LLC.  In support

of this Complaint, Plaintiff states the following:

### JURISDICTION

1. Exclusive subject matter jurisdiction of the Court is invoked pursuant to D.C. Code §28-
    3905(k)(2) (2013), and by virtue of the fact that all acts and omissions complained of
    occurred in the District of Columbia.

1

2. This Court has personal jurisdiction over each Defendant pursuant to D.C. Code § 13-423(a) and § 13-422.

3. Venue lies in the Superior Court of the District of Columbia as the cause of action arose in the District of Columbia.

## PARTIES

4. Plaintiff Amanda Huffman is an adult resident of the District of Columbia and a member of the general public.

5. Defendant General Nutrition Center is a Pennsylvania company doing business in the District of Columbia.

6. Defendant GNC Parent, LLC is a Pennsylvania Limited Liability Company doing business in the District of Columbia.

## BACKGROUND

7. Each of the preceding paragraphs is incorporated by reference herein.

8. Defendants General Nutrition Corporation and GNC Parent, LLC (hereinafter collectively referred to as "GNC") are part of a national chain of stores that manufactures, produces, packages, and sells dietary supplements. For more than five years, GNC has acted as more than a retail store for dietary needs and supplements.

9. GNC is also actively engaged in the manufacture, production, packaging and labeling of several proprietary product lines of herbal supplements, including the GNC line of products known as "Herbal Plus."

10. GNC manufactures, distributes and sells numerous supplements under the "Herbal Plus" line of dietary supplements including:

    a. Ginkgo Biloba Plus

2

    b.  Saw Palmetto Extract

    c.  And other supplements.

11. These products are sold and purchased for personal use and consumption in the District of Columbia.

### NON-FUNCTIONAL SLACK-FILL AS A DECEPTIVE PRACTICE

12. Each of the preceding paragraphs is incorporated by reference herein.

13. The containers for several of GNC's Herbal Plus line of products are completely opaque and the material within the container is completely unable to be viewed by the consumer, such as Amanda Huffman, without first purchasing and then opening the container.

14. These containers include the following products from the Herbal Plus line of GNC products:

    a.  Ginkgo Biloba Plus

    b.  Saw Palmetto Extract

15. "Slack-fill" is the area of empty space in a consumer bottle or packaging.

16. The Food and Drug Administration (hereinafter referred to as the "FDA") has defined slack-fill through its rulemaking authority as "the difference between the actual capacity of a container and the volume of product contained therein." 21 C.F.R. 100.100 (a).

17. Non-functional slack-fill is a deceptive practice as it deceives the consumer as to the actual and comparative amount of product being sold in the provided packaging.

18. Packages and their labels should enable consumers to obtain accurate information as to the quantity and quality of the contents and should facilitate value comparisons.  When this information is obscured by oversized packaging it is deceptive and allows a person, manufacturer, or retailer to mislead consumers such as Amanda Huffman.

19. The empty space in these containers serves no function or purpose (hereinafter "non-functional slack fill") other than to mislead consumers such as Amanda Huffman.

20. The following products, hereinafter the "slack-filled supplements," are deceptive as a result of the fact that they are sold in opaque containers and have a significant amount of non-functional empty space in the package and, as such, a consumer, such as Amanda Huffman, is deceived.

21. Packages and their labels should enable consumers to make informed purchasing choices and should not be deceptive or misleading in any way.

## PURCHASE

22. Each of the preceding paragraphs is incorporated by reference herein.

23. On February 6, 2015, Plaintiff Amanda Huffman purchased the following dietary supplements at the GNC retail store located at 1330 Connecticut Avenue, NW, Washington, DC:

    a. Ginkgo Biloba Plus

    b. Saw Palmetto Extract

24. A receipt for this purchase is found at Exhibit 1 (with redactions to personal financial information).

25. All of these products were sold in containers that were completely opaque.

26. These packages were sealed and unable to be opened and inspected prior to purchase.

27. Amanda Huffman purchased these products for testing purposes on her behalf and for the general public.

28. Amanda Huffman has purchased other GNC products in the past for her own personal use.

29. Upon opening and inspecting the items, Amanda Huffman found non-functional slack-fill in the following bottles:

    a.  Ginkgo Biloba Plus

    b.  Saw Palmetto Extract

30. Each of the products' packaging is a deceptive and unlawful trade practice due to the non-functional slack-fill within the packaging.

31. Each of the products' packaging is a deceptive and unlawful trade practice due to the false representations as to the ingredients of the dietary supplements.

32. Upon information and belief, GNC has sold many thousands of its "Herbal Plus" line of supplements, including but not limited to Ginkgo Biloba, Saw Palmetto and other dietary supplements.

## THE INTERESTS OF THE GENERAL PUBLIC

33. Each of the preceding paragraphs is incorporated by reference herein.

34. GNC has at least eight (8) stores within the Washington, DC city limits and as many as one-hundred twenty stores (120) in the greater Washington Metropolitan area.

35. Upon information and belief, GNC Parent also has more than 6500 retail stores nationwide to the general public.

36. GNC marketed, advertised, and sold its Herbal Plus supplements directly or indirectly (through its stores, website and/or other retail outlets) to the general public of the District of Columbia.

37. The packaging of GNC Herbal Plus supplements is inherently deceptive as detailed herein and therefore also contrary to the expectations imparted by Defendants through their collective representations and omissions to the General Public.

38. Upon information and belief, Defendants have caused injury and adverse effects to the general public of the District of Columbia.

39. Plaintiff acts for the benefit of the General Public as a Private Attorney General for claims in this action arising under the DCCPPA, which expressly authorizes an individual to act "on behalf of both the individual and the general public … seeking relief from the use of a trade practice in violation of a law of the District when that trade practice involves consumer goods or services that the individual purchased …." D.C. Code § 28-3905(k)(1)(B).

## UNLAWFUL AND DECEPTIVE TRADE PRACTICE – DC Code § 28-3905
### Count I

40. Each of the preceding paragraphs is incorporated by reference herein.

41. Plaintiff Amanda Huffman on behalf of herself as an individual and on behalf of the general public files this action pursuant to D.C. Code § 28-3905(k) (2013).

42. The slack-filled supplements that Amanda Huffman purchased for the purpose of testing each contained non-functional slack-fill that is an unlawful and deceptive trade practice pursuant to DC Code § 28-3904 in that Defendants:

   a. Misrepresent a material fact regarding the products' contents that tends to mislead by implying that the products filled the entire package;

   b. Fail to state a material fact regarding the products' contents that tends to mislead by implying that the product filled the entire package;

   c. Use innuendo or ambiguity as to a material fact regarding the products' contents, which has a tendency to mislead by implying that the product filled the entire package;

   d. Otherwise mislead.

43. Sale of GNC supplements in such packages is an unlawful and deceptive trade practice under § 28-3904 for materially misleading the consumer as to the amount of product that is being purchased.

44. These material misrepresentations affect the general public's ability to comparison shop by materially misleading the amount and/or quality of product within the package of the product sold.

45. The misrepresentation of this material fact has a tendency to mislead by implying that the product filled the entire package.

46. Defendants intentionally made these misrepresentations knowing that they had the tendency to mislead consumers, such as Amanda Huffman.

47. Sale of GNC supplements in such packages with non-functional slack-fill constitutes an unfair and unlawful trade practice.

48. As a result of this unfair and deceptive trade practice, Amanda Huffman seeks the following damages for herself and on behalf of the general public:

   a. An injunction against GNC, including that GNC be barred from producing, manufacturing and packaging its slack-filled supplements with non-functional slack-fill in the District of Columbia;

   b. Additional relief to restore to the consumer money which was acquired by means of the unlawful trade practice in the District of Columbia;

   c. Punitive damages;

   d. Reasonable Attorney's fees;

   e. All other statutory relief the court determines proper under D.C. Code § 28–3905(k)(1).

**WHEREFORE**, Plaintiff Amanda Huffman on behalf of herself as an individual and on behalf of the general public, makes this Complaint for all damages requested above including injunctive relief and all other monetary damages allowed by law believed to be in excess of the jurisdictional amount.

March 26, 2015

Respectfully submitted,

PAULSON & NACE, PLLC

Jonathan B. Nace, Esq., Bar No. 985718
1615 New Hampshire Ave, NW
Washington, DC 20009
jnace@paulsonandnace.com
202-463-1999 (Tel.)
202-223-6824 (Fax)

NIDEL LAW, PLLC

Christopher T. Nidel, Esq., Bar No. 497059
1615 New Hampshire Ave, NW
Washington, DC 20009
chris@nidellaw.com
202-558-2030 (Tel.)

WHITFIELD BRYSON & MASON LLP

Nicholas A. Migliaccio, Esq.,
Bar No. 484366
1625 Massachusetts Ave. NW | Ste 605
Washington, DC 20036
(202) 429-2290 (Tel.)
(202) 429-2294 (Fax)
nmigliaccio@wbmllp.com

8

## Jury Demand

Plaintiff, by and through the undersigned counsel and pursuant to Rule 38 of the District

of Columbia Rules of Civil Procedure, hereby demands trial by jury of all issues in this matter.

Jonathan B. Nace, Esq.
*Counsel for Plaintiff*



**GENERAL NUTRITION CENTER**
**DUPONT CIRCLE**
1330 CONNECTICUT AVE NW
WASHINGTON, DC  20036
202-775-2573



1768160299300202062015

CUSTOMER RECEIPT COPY

**Store #:** 02993
**Register #:** 002
**Consultant:** MULU **SPSN:** 00000001234
**Gold Card #:** 460718618957, AMENDA DOYLE  **Exp Date:** 2/28/2016
**Transaction #:** 176816

**Date:** Feb 6, 2015 1:46:59 PM

| Name | SKU | Quantity | Total |
|------|-----|----------|-------|
| SAW PALMETTO HP<br>*1 @ 17.99 Member Price* | 000000397232 | 1 | $8.99N |
| 19.99 - 2.00 Mbr Price Disc: | | | |
| 17.99 - 9.00: | | | |
| BOGO Discount, Mix & Match: | | | |
| GARLIC 500<br>*1 @ 14.39 Member Price* | 000000181722 | 1 | $14.39N |
| 15.99 - 1.60 Mbr Price Disc: | | | |
| ECHIN-GOLD HP<br>*1 @ 16.19 Member Price* | 000000194142 | 1 | $8.09N |
| 17.99 - 1.80 Mbr Price Disc: | | | |
| 16.19 - 8.10: | | | |
| BOGO Discount, Mix & Match: | | | |
| ECHINACEA<br>*1 @ 17.99 Member Price* | 000000198712 | 1 | $17.99N |
| 19.99 - 2.00 Mbr Price Disc: | | | |
| PANAX GINSA GOLD<br>*1 @ 24.29 Member Price* | 000000374811 | 1 | $24.29N |
| 26.99 - 2.70 Mbr Price Disc: | | | |
| ST JOHNS WORT HP<br>*1 @ 17.99 Member Price* | 000000194521 | 1 | $8.99N |
| 19.99 - 2.00 Mbr Price Disc: | | | |
| 17.99 - 9.00: | | | |
| BOGO Discount, Mix & Match: | | | |
| GINKGO BILOBA PLUS<br>*1 @ 17.99 Member Price* | 000000184502 | 1 | $17.99N |
| 19.99 - 2.00 Mbr Price Disc: | | | |



EXHIBIT
1

| | | | |
|---|---|---|---|
| GOLD CARD PURCHASE | 000000441870 | 1 | $15.00 |
| *1 @ 15.00* | | | |

| | |
|---|---|
| **Sub-Total:** | $115.73 |
| **Taxes** | |
| SALES TAX: 6% on $15.00 | $0.86 |
| **Total:** | $116.59 |

**Payment Information**

| | |
|---|---|
| Auth Num:<br>554512 | $116.59 |
| **Total Paid:** | $116.59 |
| **Change Due:** | $0.00 |

*** YOU SAVED 40.20 ***

START 2015 STRONG!

Join the FREE Total Lean Challenge!
Get the healthy tools and guidance
You need to help you get lean and
Transform your life.

Visit GNC.com/TLC
To sign up today.

Great customers make great associates
Apply at GNC.com

RETURN POLICY*

At GNC, we expect you to be completely satisfied with your purchase.

If you are not satisfied, return your purchase to any GNC store with your sales receipt and a valid photo I.D. within 30 days from the date of purchase for a full refund or exchange.

In order to make a return using this electronic receipt, please print the receipt in its entirety, including the bar code. Returns will not be honored if the bar code has been excluded or altered.

No exchange or refund will be offered on a non GNC brand product without a receipt. GNC Gold Card Memberships and Gift Cards cannot be returned or exchanged.

powered by flexReceipts